| | |
|---|---|
| 1 | **JENNIFER BERGH** |
| | Nevada Bar No. 14480 |
| 2 | **QUILLING, SELANDER, LOWNDS,** |
| | **WINSLETT & MOSER P.C.** |
| 3 | 6900 N Dallas Parkway, Suite 800 |
| 4 | Plano, TX 75024 |
| | Telephone: (214) 560-5460 |
| 5 | Facsimile: (214) 871-2111 |
| | jberg@qslwm.com |
| 6 | ***Counsel for Trans Union LLC*** |
| 7 | |
| | **Designated Attorney for Personal Service** |
| 8 | Trevor Waite, Esq. |
| | Nevada Bar No.: 13779 |
| 9 | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, NV 89149 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENLAR FEDERAL SAVINGS BANK, EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　　Defendants. | Case No. 2:19-cv-01324-JAD-EJY<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Kent Egbert ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On July 31, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is August 26, 2019. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's claims and allegations. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

| | |
|---|---|
| 1 | Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including September 19, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. |

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jberg@qslwm.com
**Counsel for Trans Union LLC**

**HAINES & KRIEGER, LLC**

*/s/ Shaina R. Plaksin*
David H. Krieger
dkrieger@hainesandkrieger.com
Haines & Krieger, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 383-5518 Fax
and
Matthew I. Knepper
matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Shaina R. Plaksin
shaina.plaksin@knepperclark.com
Knepper & Clark LLC
5510 S. Fort Apache Road, Suite 30
Las Vegas, NV 89148
(702) 856-7430
(702) 856-8048 Fax
**Counsel for Plaintiff**

# ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 27 day of August, 2019.

*[signature]*

UNITED STATES MAGISTRATE JUDGE

3949274.1

3