JEREMY J. THOMPSON
Nevada Bar No. 12503
CLARK HILL PLLC
3883 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT,<br><br>Plaintiff,<br><br>vs.<br><br>CENLAR FEDERAL SAVINGS BANK;<br>EQUIFAX INFORMATION SERVICES LLC;<br>AND TRANSUNION LLC,<br><br>Defendants. | **Case No. 2:19-cv-01324-JAD-EJY**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 26, 2019 through and including **September 11, 2019**. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 27th day of August, 2019.

CLARK HILL PLLC

By: /s/

Jeremy J. Thompson
Nevada Bar No. 12503
3883 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
Tel: 702-862-8300
Fax: 702-862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

 /s/ *David H. Krieger, Esq.*
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: August 28, 2019

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of August, 2019, via the CM/ECF system which will send notification to all counsel of record:

> David H. Krieger, Esq.
> HAINES & KRIEGER, LLC
> 8985 S. Eastern Ave., Suite 350
> Henderson, NV 89123
> Email: dkrieger@hainesandkrieger.com

By: /s/ Joyce Ulmer
An Employee of Clark Hill, PLLC