Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT, | Case No.: 2:19-cv-01324-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION LLC's MOTION TO DISMISS** |
| vs. | |
| CENLAR FEDERAL SAVINGS BANK; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | **[FIRST REQUEST]** |
| Defendants. | |

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION LLC'S MOTION TO DISMISS [FIRST REQUEST] - 1

Plaintiff Kent Egbert ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

1. On July 31, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On September 19, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. Plaintiff's Response is due October 3, 2019.

4. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days in order to allow Plaintiff to consider the facts and circumstances of the pending briefing, and to extend Trans Union's deadline to file a reply in support of his motion for fourteen days for the same reasons. The parties are also engaging in settlement discussions, and resolution without burdening the Court with potentially unnecessary briefing aids in judicial economy. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **October 17, 2019** and to extend the date for Trans Union to file their Reply until **October 31, 2019**.

//

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION LLC'S MOTION TO DISMISS [FIRST REQUEST] - 2

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated October 1, 2019.

| **KNEPPER & CLARK LLC** | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer R. Bergh* |
| Matthew I. Knepper, Esq. | Jennifer R. Bergh, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14480 |
| Miles N. Clark, Esq. | 6900 N. Dallas Parkway, Suite 800 |
| Nevada Bar No. 13848 | Plano, Texas 75204 |
| Shaina R. Plaksin, Esq. | Email: jbergh@qslwm.com |
| Nevada Bar No. 13935 | |
| 5510 So. Fort Apache Rd, Suite 30 | *Counsel for Defendant* |
| Las Vegas, NV 89148 | *Trans Union LLC* |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **CLARK HILL PLLC** |
| Email: shaina.plaksin@knepperclark.com | |
| | /s/ *Jeremy J. Thompson* |
| **HAINES & KRIEGER LLC** | Jeremy J. Thompson, Esq. |
| David H. Krieger, Esq. | Nevada Bar No. 12503 |
| Nevada Bar No. 9086 | 3800 Howard Hughes Parkway, Suite 500 |
| 8985 S. Eastern Avenue, Suite 350 | Las Vegas, NV 89169 |
| Las Vegas, NV 89123 | Email: jthompson@clarkhill.com |
| Email: dkrieger@hainesandkrieger.com | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Equifax Information Services LLC* |

## ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS TRANS UNION'S COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: 10/2/2019

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION LLC'S MOTION TO DISMISS [FIRST REQUEST] - 3