Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT,<br><br>Plaintiff,<br><br>vs.<br><br>CENLAR FEDERAL SAVINGS BANK; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>Defendants. | Case No.: 2:19-cv-01324-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

Plaintiff Kent Egbert ("Plaintiff"), by and through his counsel of record, and Defendant Trans Union LLC ("Trans Union") have agreed and stipulated to the following:

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [SECOND REQUEST] - 1

1. On July 31, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On September 19, 2019, Trans Union filed a Motion to Dismiss the Complaint [ECF Dkt.13].

3. On October 2, 2019, the Court granted the Parties' stipulation to extend time for Plaintiff to respond to Trans Union's Motion to Dismiss. [ECF Dkt. 15].

4. Plaintiff's Response is due October 17, 2019.

5. Plaintiff and Trans Union have agreed to extend Plaintiff's response fourteen days to continue engaging in settlement discussions to hopefully reach a resolution without burdening the Court with potentially unnecessary briefing. The parties believe they are very close to settling, so this extension will aid in judicial economy. As a result, both Plaintiff and Trans Union hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **October 31, 2019** and to extend the date for Trans Union to file their Reply until **November 7, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated October 14, 2019.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.** |
| /s/ *Shaina R. Plaksin* | /s/ *Jennifer Bergh* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Jennifer Bergh, Esq.<br>Nevada Bar No. 14480<br>6900 N Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Email: jbergh@qslwm.com |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: October 15, 2019

**HAINES & KRIEGER LLC**
David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

| **CLARK HILL PLLC** | **WOLFE & WYMAN LLP** |
|---|---|
| /s/ *Jeremy J. Thompson* | /s/ *Andrew A. Bao* |
| Jeremy J. Thompson, Esq. | Andrew A. Bao, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 10508 |
| 3800 Howard Hughes Parkway, Suite 500 | 6757 Spencer Street |
| Las Vegas, NV 89169 | Las Vegas, NV 89119 |
| Email: jthompson@clarkhill.com | Email: aabao@wolfewyman.com |
| *Counsel for Defendant Equifax Information Services LLC* | *Counsel for Defendant Cenlar Federal Savings Bank* |

*Egbert v. Cenlar Federal Savings Bank et al*
2:19-cv-01324-JAD-EJY

## ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
## MOTION TO DISMISS COMPLAINT

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____