**ANDREW A. BAO, ESQ.**
Nevada State Bar No. 10508
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Telephone: (702) 476-0100
Facsimile: (702) 476-0101
aabao@wolfewyman.com

Attorneys for Defendant
**CENLAR FEDERAL SAVINGS BANK**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KENT EGBERT, | Case No. 2:19-cv-01324-JAD-EJY |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC, CENLAR FEDERAL SAVINGS BANK, | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(f), and Local Rule 26-1, Plaintiff Kent Egbert ("Plaintiff") and Cenlar Federal Savings Bank ("Cenlar") (collectively the "Parties"), by and through their attorneys, hereby stipulate to extend discovery deadlines and other deadlines in the October 15, 2019 Scheduling Order as follows:

**1. Completed Discovery.**

Cenlar has responded to discovery requests and produced documents. Cenlar's 30(b)(6) deposition occurred on October 16, 2019 and has been left open due to pending discovery matters being discussed between the parties. Plaintiff noticed Cenlar's subsequent 30(b)(6) deposition for December 19, 2019.

**2. Remaining Discovery.**

Completion of Cenlar's 30(b)(6) deposition, outstanding document production from

Cenlar, possible expert discovery, plaintiff deposition, and request for production from Plaintiff.

**3.　Good Cause.**

The parties have been diligently litigating this case and are requesting this extension because another Cenlar 30(b)(6) deposition has been noticed for December 19, 2019. The Parties dispute the qualifications of the original Cenlar 30(b)(6) witness produced on October 16, 2019 and the payment of fees and costs relating to said deposition and continue to work through those particular issues. Furthermore, there are several document production issues that remain outstanding and will be subject to a motion to compel if cannot be agreed upon prior to the December 19, 2019 Cenlar 30(b)(6) deposition that is currently set. However, the parties are seeking to resolve these outstanding issues between themselves to avoid burdening the Court, which is a significant reason for the additional time needed. Further, the parties wish to ensure the upcoming deposition is conducted with the benefit of a fully developed written record. Doing so will help minimize the expense of litigation by avoiding the necessity of conducting follow-up depositions. In the event the deposition reveals facts which necessitate amendment of the operative pleadings, the parties desire to do so prior to the leave-to-amend deadline. Due to scheduling, this deposition cannot be completed prior to the present leave-to-amend deadline. In the meantime, the parties remain open to settlement in this matter, but have now reset a date for Cenlar's 30(b)(6) deposition to avoid any unnecessary delay.

Currently, the discovery cutoff is March 9, 2020. The parties stipulated that Cenlar's 30(b)(6) deposition (that occurred on October 16, 2019 and any other depositions thereto) will also be used in a related case, *Egbert v. Equifax Information Solutions, LLC*, 2:19-cv-00483-JAD-VCF. In that action, the discovery cutoff is also currently March 9, 2020 (*See* 2:19-cv-00483-JAD-VCF, ECF No. 56), with the remaining parties similarly requesting an equivalent extension. The parties believe similar discovery will be conducted in both actions.

Thus, the parties were diligently moving forward with all pending issues in this matter and are only seeking another extension once they reasonably knew that they were unlikely to conduct initial discovery prior to the current deadline to amend pleadings. *See Eckert Cold Storage, Inc. v. Behl*, 943 F. Supp. 1230, 1233 (E.D. Cal. 1996). Furthermore, Cenlar's counsel unexpectedly had

3513829.1

to attend a family funeral recently, causing him to be generally unavailable between November 12, 2019-November 22, 2019. Counsel continue to work together in good faith to resolve any pending discovery issues to avoid motion practice to the extent possible and to possibly settle this action. Therefore, this stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

**4. Current Discovery Deadlines**

- Discovery Cutoff: **March 9, 2020**
- Amending Pleadings/Adding Parties: **December 10, 2019**
- Initial Expert Disclosures and Interim Status Report: **January 9, 2020**
- Rebuttal Expert Disclosures: **February 19, 2020**
- Dispositive Motion deadline: **April 8, 2020**
- Joint Proposed Pretrial Order: **None**

**5. Proposed Discovery Deadlines.**

WHEREAS, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend discovery;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The October 15, 2019 Scheduling Order shall be amended as follows:

///
///
///
///
///
///
///

3

1. - Discovery Cutoff: **April 23, 2020**
2. - Amending Pleadings/Adding Parties: **January 30, 2020**
3. - Initial Expert Disclosures and Interim Status Report: **February 29, 2020**
4. - Rebuttal Expert Disclosures: **April 2, 2020**
5. - Dispositive Motion deadline: **May 23, 2020**
6. - Joint Proposed Pretrial Order: **June 22, 2020**

**IT IS SO STIPULATED.**

Dated: December 2, 2019

| **KNEPPER & CLARK LLC** | **WOLFE & WYMAN LLP** |
|---|---|
| */s/ Shaina R. Plaksin* | */s/ Andrew A. Bao* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>*Counsel for Plaintiff* | Andrew A. Bao, Esq.<br>Nevada Bar No. 10508<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>Email: aabao@wolfewyman.com<br><br>*Counsel for Defendant*<br>*Cenlar Federal Savings Bank* |

4

3513829.1

| | |
|---|---|
| **QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**<br><br>*/s/ Jennifer R. Bergh*<br>Jennifer R. Bergh, Esq.<br>Nevada Bar No. 14480<br>6900 N. Dallas Parkway, Suite 800<br>Plano, Texas 75024<br>Email: jbergh@qslwm.com<br><br>**ALVERSON TAYLOR & SANDERS**<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* | **CLARK HILL PLLC**<br><br>*/s/Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

5

3513829.1

# ORDER GRANTING
# STIPULATION TO EXTEND DISCOVERY

In consideration of the parties' stipulation and good cause showing, **IT IS ORDERED THAT** the October 15, 2019 Scheduling Order shall be amended as follows:

- Discovery Cutoff: **April 23, 2020**
- Amending Pleadings/Adding Parties: **January 30, 2020**
- Initial Expert Disclosures and Interim Status Report: **February 29, 2020**
- Rebuttal Expert Disclosures: **April 2, 2020**
- Dispositive Motion deadline: **May 23, 2020**
- Joint Proposed Pretrial Order: **June 22, 2020**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: December 3, 2019

3513829.1